UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLIAM PINERES, PAUL MAZZONI,
ROBERT MARSHALL VOYLES, DAWN
SALAS,

                Plaintiffs,

-vs-                                      Case No. 6:12-cv-1538-Orl-28KRS

SEAWINDS FUNERAL HOME I, LLC,
JAMES W. YOUNG, JR.,

                Defendants.
_____

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement Agreement as to Plaintiff William Pineres and Entry of an Order of Dismissal (Doc. No. 33) filed February 27, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and the Joint Notice of Non-Objection to the Report and Recommendation filed by Plaintiff Pineres and Defendants (Doc. No. 36), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed March 5, 2013 (Doc. No. 35) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Court finds that the settlement between Plaintiff William Pineres and Defendants is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act provisions.

3. The Joint Motion for Approval of Settlement Agreement as to Plaintiff William Pineres and Entry of an Order of Dismissal is **GRANTED.**

4. Counsel for Plaintiff William Pineres is prohibited from withholding any portion of the $7,500.00 payable to Pineres under the settlement agreement pursuant to a contingent fee agreement or otherwise.

5. Counsel for Plaintiff William Pineres shall provide a copy of this Order to Pineres.

6. The claims of Plaintiff William Pineres against Defendants are **dismissed with prejudice.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 11th day of March, 2013.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record